# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Cynthia Yvonne Chandler          CHAPTER 13

<u>Debtor(s)</u>          BKY. NO. 20-10418 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of SECRETARY OF VETERANS AFFAIRS and index same on the master mailing list.

        Respectfully submitted,
        **/s/ Rebecca A. Solarz Esquire**
        Rebecca A Solarz, Esquire
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322