**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER 13 |
| | : | |
| CYNTHIA YVONNE CHANDLER, | : | |
| | : | DOCKET NO.: 20-10418-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | CERTIFICATE OF SERVICE |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | APRIL 28, 2020, at 10:00 A.M. |
| v. | : | |
| | : | |
| CYNTHIA YVONNE CHANDLER, | : | |
| | : | RELATED TO DOCKET NO.: 22 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN DATED
FEBRUARY 18, 2020

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on March 26, 2020 by:

**20-10418-elf Notice will be electronically mailed to:**

CAROL B. MCCULLOUGH on behalf of Debtor Cynthia Yvonne Chandler
mcculougheisenberg@gmail.com, cbmccullough64@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor SECRETARY OF VETERANS AFFAIRS
bkgroup@kmllawgroup.com

JOSEPH JASPER SWARTZ on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-10418-elf Notice will not be electronically mailed to:**

                                  Respectfully submitted by,

EXECUTED ON:  March 26, 2020        By:    */s/ Joseph J. Swartz*
                                                                       Joseph J. Swartz
                                                                       Counsel
                                                                       PA Department of Revenue
                                                                       Office of Chief Counsel
                                                                       P.O. Box 281061
                                                                       Harrisburg, PA 17128-1061
                                                                       PA Attorney I.D.:  309233
                                                                       Phone: (717) 346-4645
                                                                       Facsimile: (717) 772-1459
                                                                       Email: JoseSwartz@pa.gov