# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13

    CYNTHIA  YVONNE CHANDLER                    Bankruptcy No. 20-10418-ELF

    2916 CARNATION AVENUE

    WILLOW GROVE, PA 19090-


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CYNTHIA  YVONNE CHANDLER

    2916 CARNATION AVENUE

    WILLOW GROVE, PA 19090-

**Counsel for debtor(s), by electronic notice only.**
    CAROL B MCCULLOUGH
    65 W STREET RD
    SUITE A-204
    WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/17/2020                                                                                      /s/ William C. Miller

                                                                                                                William C. Miller, Esquire
                                                                                                                Chapter 13 Standing Trustee