UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
CYNTHIA YVONNE CHANDLER

Chapter 13

Debtor

Bankruptcy No. 20-10418-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 26, 2020**

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
CAROL B MCCULLOUGH  
65 W STREET RD  
SUITE A-204  
WARMINISTER, PA 18974-

Debtor:  
CYNTHIA YVONNE CHANDLER

2916 CARNATION AVENUE

WILLOW GROVE, PA 19090-