United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 20-10418-elf
Cynthia Yvonne Chandler                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1               Date Rcvd: Aug 26, 2020
                              Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             +Cynthia Yvonne Chandler,    2916 Carnation Avenue,    Willow Grove, PA 19090-3802
14490876       +BSI Financial Services,    1425 Greenway Drive, #400,    Irving, TX 75038-2480
14475291       +HYUNDAI CAPITAL AMERICA DBA,    KIA MOTORS FINANCE,    PO BOX 20825,
                FOUNTAIN VALLEY, CA 92728-0825
14472874       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster Pa 18974-3229
14487431       +SECRETARY OF VETERANS AFFAIRS,    c/o Rebecca A. Solarz, Esq.,    C/O KML Law Group,
                701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14459705        Secretary of Veterans Affairs,    C/o KML Law Group,    701 Market St Ste 5000,
                Philadelphia, PA  19106-1541
14459703        kia motors finance,    PO Box 660891,    Dallas, TX  75266-0891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:31:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2020 04:31:52      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14459757        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:36
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA   17128-0946
14459704        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:36
                Pennsylvania Department of Revenue,    PO Box 280946,    Harrisburg, PA  17128-0946
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Cynthia Yvonne Chandler mcculloughEisenberg@gmail.com,
               cbmccullough64@gmail.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              REBECCA ANN SOLARZ    on behalf of Creditor    SECRETARY OF VETERANS AFFAIRS bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
CYNTHIA YVONNE CHANDLER

Chapter 13

Debtor

Bankruptcy No. 20-10418-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: August 26, 2020**

Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
CAROL B MCCULLOUGH  
65 W STREET RD  
SUITE A-204  
WARMINISTER, PA 18974-

Debtor:  
CYNTHIA YVONNE CHANDLER  
2916 CARNATION AVENUE  
WILLOW GROVE, PA 19090-